UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPRINT SOLUTIONS, INC. and
SPRINT COMMUNICATIONS
COMPANY L.P.,

    Plaintiffs,

v.                                          Case No: 2:15-cv-605-FtM-38CM

4 U CELL, LLC, DENNIS SKELLY
and DEBORAH A. SKELLY,

    Defendants.

## ORDER

Before the Court is Defendants' Agreed Motion for Enlargement of Time to File Defense Expert Witness Reports and to Extend Case Management Deadlines and the Trial Term (Doc. 48), filed on April 29, 2016. The motion indicates that Plaintiff has no objection to the requested relief. Doc. 48 at 2. For the reasons set forth below, Defendants' motion is granted.

Defendants seek to extend the defense expert disclosure deadline and the remaining deadlines in the Case Management and Scheduling Order (Doc. 39). Doc. 48 at 1. As grounds, Defendants state that they are not in a position to serve expert reports because the parties are addressing discovery disputes. *Id.* at 2. Additionally, Plaintiffs' expert reports were redacted, and Plaintiffs' request for a confidentiality order before providing unredacted reports has not been completed. *Id.* The parties anticipate concluding these issues in the near future. *Id.* Moreover, the parties have mediation scheduled for May 18, 2016. *Id.* The Court

notes that this is the parties' first request for an extension of the case schedule. Accordingly, the Court finds good cause to grant the extension.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Agreed Motion for Enlargement of Time to File Defense Expert Witness Reports and to Extend Case Management Deadlines and the Trial Term (Doc. 48) is **GRANTED**.

2. An Amended Case Management and Scheduling Order will be entered by separate Order.

3. All other directives set forth in the Case Management and Scheduling Order (Doc. 39) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 2nd day of May, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record