UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SPRINT SOLUTIONS, INC. and
SPRINT COMMUNICATIONS
COMPANY L.P.,

    Plaintiffs,

v.      Case No: 2:15-cv-605-FtM-38CM

4 U CELL, LLC, DENNIS SKELLY
and DEBORAH A. SKELLY,

    Defendants.

## ORDER

Before the Court is Defendants' Unopposed Motion for Enlargement of Time to Disclose Expert Witness Reports and to Extend Case Management Deadlines and the Trial Term (Doc. 53), filed on June 29, 2016. For the reasons set forth below, the motion is granted.

Defendants seek a forty-five day extension of the Amended Case Management and Scheduling Order (Doc. 50). Doc. 53 at 2. Defendants state that they are not in a position to designate experts or serve expert reports because the parties still are conducting discovery. *Id.* Defendants state they need an additional forty-five days to disclosure experts and, as a result, also request that the remaining deadlines be extended. *Id.* The Court finds good cause to grant the extension. Given, however, that this is the second extension of the case management and scheduling order related to the parties' need to conduct additional discovery, absent extenuating

circumstances, the Court will not be inclined to grant additional extensions to the scheduling order.

ACCORDINGLY, it is hereby

**ORDERED:**

1. Defendants' Unopposed Motion for Enlargement of Time to Disclose Expert Witness Reports and to Extend Case Management Deadlines and the Trial Term (Doc. 53) is **GRANTED**.

2. The Clerk is directed to enter an Amended Case Management and Scheduling Order.

3. All other directives set forth in the Case Management and Scheduling Order (Doc. 39) remain unchanged.

**DONE** and **ORDERED** in Fort Myers, Florida on this 1st day of July, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record